IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:18CR3124 |
| vs. | |
| MANUEL SANCHEZ, | ORDER |
| Defendant. | |

IT IS ORDERED:

1) The Plaintiff's unopposed email motion for a protective order is granted.

2) Defense counsel may review the discovery materials with the Defendant, but the Defendant may not retain a copy of the discovery materials. Defense counsel may allow their regular staff, as well as interpreters, to retain a copy of the discovery materials. Defense counsel shall not disseminate a copy of the discovery materials to anyone else without first obtaining this Court's approval.

Dated this 27th day of September, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge