IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:18-CR-3124 |
| vs. | |
| MANUEL SANCHEZ, | ORDER |
| Defendant. | |

IT IS ORDERED:

1. The Request for Transcript (Non-Party) (filing 63) is granted.

2. The Clerk's Office shall mail a copy of this order to the party requesting the transcript.

3. The requestor shall be responsible for the cost of the transcript.

Dated this 3rd day of April, 2019.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
Chief United States District Judge