# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:18-CR-3124 |
| vs. | **ORDER** |
| MANUEL SANCHEZ, | |
| Defendant. | |

IT IS ORDERED that:

1. The Government's unopposed Motion to Extend Time for Filing Response to Defendant's Objections to PSR and to Continue Sentencing (filing 69) is granted.

2. Defendant Manuel Sanchez's sentencing is continued to July 16, 2019, at 11:30 a.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 31st day of May, 2019.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
Chief United States District Judge